425 A.2d 847

Farogianis, Appellant v. Shoemaker Co. et al.

Farogianis v. R. M. Shoemaker Co. et al., Appellant.

Appeal of Kulzer Roofing Inc.

Argued June 21, 1979. Robert Levant, for appellant (at No. 1060) and for appellee (at No. 1183). George Sheehan, for Shoemaker, appellee (at Nos. 1060 & 1183). Joseph Patrick Green, for Kelly, appellee (at Nos. 1060 & 1183). Daniel J. Ryan, for appellant (at No. 1183) and for appellee (at No. 1060).

Before HESTER, HOFFMAN and CATANIA, JJ.*

Order of the lower court affirmed.